■ YALE TERMITE & PEST CONTROL CORPORATION, Petitioner, v HENRY G. WILLIAMS, as Commissioner of the Department of Environmental Conservation of the State of New York, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent dated October 31, 1985, which, after a hearing, found that the petitioner had misapplied a restricted pesticide in a residential dwelling, and imposed a penalty.

Adjudged that the determination is confirmed and the petition is dismissed, with costs.

We find that the respondent's determination was supported by substantial evidence (see, Matter of Pell v Board of Educ., 34 NY2d 222). Mangano, J. P., Thompson, Kunzeman and Sullivan, JJ., concur.